ROBERT E. HESS (SBN 178042)
RHess@maynardnexsen.com
KAREN T. TSUI (SBN 305869)
KTsui@maynardnexsen.com
MAYNARD NEXSEN LLP
10100 Santa Monica Boulevard, Suite 550
Los Angeles, CA 90067
Telephone:  310-596-4500

Attorneys for Defendant
The Independent Order of Foresters

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO M. CURRY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>THE INDEPENDENT ORDER OF FORESTERS and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:22-cv-01382-DJC-AC<br><br>(Honorable Daniel J. Calabretta)<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**[FRCP 41(A)]**<br><br>Complaint Filed:   June 30, 2022 |

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure Rule 41(a), and following the settlement of this matter, Plaintiff Alonzo M. Curry and Defendant, The Independent Order of Foresters, by and through their respective attorneys of record, hereby stipulate that this entire action shall be dismissed with prejudice. The parties further stipulate that each party shall bear his or its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: August 3, 2023　　　　　　　　MAYNARD NEXSEN LLP

　　　　　　　　　　　　　　　　　　By:  */s/ Robert Hess*
　　　　　　　　　　　　　　　　　　　　ROBERT HESS
　　　　　　　　　　　　　　　　　　　　KAREN T. TSUI
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　The Independent Order of Foresters

DATED: August 3, 2023　　　　　　　　DONAHUE & HORROW, LLP

　　　　　　　　　　　　　　　　　　By:  */s/ Michael Horrow*
　　　　　　　　　　　　　　　　　　　　MICHAEL HORROW
　　　　　　　　　　　　　　　　　　　　SCOTT E. CALVERT
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　Alonzo M. Curry

# CERTIFICATE OF SERVICE

*Alonzo M. Curry v. The Independent Order of Foresters*

**Case No. 2:22-cv-01382-DAD-AC**

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

I am a citizen of the United States and employed in San Francisco, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is Two Embarcadero Center, Suite 1450, San Francisco, CA 94111.

On **August 7, 2023**, I served the document(s) entitled, **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**, on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

**SEE ATTACHED SERVICE LIST**

☐ **(BY MAIL)**: I deposited such envelope in the mail at San Francisco, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **(VIA OVERNIGHT MAIL)**: I deposit such envelope to be placed for collection and handling via UPS following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for UPS. On the same day that material is placed for collection, it is picked by UPS at San Francisco, California.

☒ **(BY ELECTRONIC MAIL)**: By transmitting a true copy thereof to the electronic mail addresses as indicated below.

☐ **(BY FACSIMILE):** By transmitting an accurate copy via facsimile to the person and telephone number as stated.

☐ **(BY HAND DELIVERY)**: I caused to be delivered by hand each sealed envelope to the addressee(s) mentioned in the attached service/mailing list.

☐ **(BY CM/ECF SERVICE)**: I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on **August 7, 2023** at San Francisco, California.

*/s/ Bernadette Morgan*
Bernadette Morgan

# SERVICE LIST

*Alonzo M. Curry v. The Independent Order of Foresters*

**Case No. 2:22-cv-01382-DAD-AC**

| | |
|---|---|
| Michael B. Horrow<br>Scott E. Calvert<br>DONAHUE & HORROW, LLP<br>1960 E. Grand Avenue, Suite 1215<br>El Segundo, California 90245<br>Tel.: (310) 322-0300<br>mhorrow@donahuehorrow.com<br>scalvert@donahuehorrow.com<br>cponce@donahuehorrow.com | Attorneys for Plaintiff<br>*Alonzo M. Curry* |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO M. CURRY,<br><br>        Plaintiff,<br><br>  vs.<br><br>THE INDEPENDENT ORDER OF FORESTERS and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 2:22-cv-01382-DJC-AC<br><br>(Honorable Daniel J. Calabretta)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)]** |

# ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby **DISMISSED** in its entirety with prejudice as to all parties. Each party shall bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  August 7, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE